AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19MJ05470 | Date and time warrant executed: 12/23/2019 1200 | Copy of warrant and inventory left with: LASD- Men's Central Jail |
| Inventory made in the presence of: SA Andrew Nickels | | |
| Inventory of the property taken and name of any person(s) seized: | | |

one gray Galaxy 7 cell phone

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/10/2020

*Executing officer's signature*

Elliott Holmes, USSS SA
*Printed name and title*